IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| JERRY L. HUNTER | ) |
| | ) |
| v. | ) NO. 1-10-0021 |
| | ) JUDGE CAMPBELL |
| LES HELTON, et al. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 34), to which no Objections have been timely filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Plaintiff's Petition for Permanent Injunctive Relief (Docket No. 3) is DENIED without prejudice to Plaintiff's right to seek injunctive relief at trial. This case is referred back to the Magistrate Judge in accordance with the Court's prior Order (Docket No. 21).

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE